# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE MEDTRONIC, INC.<br>SPRINT FIDELIS LEADS PRODUCTS<br>LIABILITY LITIGATION<br><br>This documents relates to:<br>**Albe et al. v. Medtronic, Inc., et al.**<br>**09-cv-02475** | MDL NO. 08-1905 (RHK/JSM)<br><br>**ORDER GRANTING PLAINTIFFS'**<br>**LEAD COUNSEL'S MOTION TO**<br>**DISMISS** |

Upon consideration of Plaintiffs' Lead Counsel's Motion to Dismiss (Doc. No. 26), and based on the files, records and pleadings herein, **IT IS ORDERED** that the Motion is **GRANTED**, and pursuant to the Master Settlement Agreement and Federal Rule of Civil Procedure Rule 41(a), the claims of Plaintiffs Charlie Rowe and Howard Zucker, individually and as heir and legal representative of the estate of Eli Zucker, deceased, in the action styled Albe et al. v. Medtronic, Inc., et al., Civil Action No. 09-cv-02475, are **DISMISSED WITH PREJUDICE**.

The Court having determined that there is no just reason for delay, **LET JUDGMENT BE ENTERED ACCORDINGLY** as to these Plaintiffs.

Dated: July 26, 2011

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge